UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GERALD D. LEWIS,

      Plaintiff,

v.                                                   CAUSE NO. 3:23cv57 DRL-SJF

CHARLES CALVERT *et al.*,

      Defendants.

<u>ORDER</u>

On March 20, 2026, United States Magistrate Judge Scott J. Frankel issued a report and recommendation in which he recommended dismissing without prejudice claims against Lieutenant Charles Calvert and Sergeant Lucas Neidlinger because Gerald Lewis failed to exhaust his administrative remedies under 42 U.S.C. § 1997e(a). No one filed an objection by the April 3, 2026 deadline. Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety [78], DISMISSES without prejudice claims against Lieutenant Calvert and Sergeant Neidlinger. This order terminates the case.

SO ORDERED.

April 8, 2026                          *s/ Damon R. Leichty*
                                      Judge, United States District Court